



**MEMORANDUM OPINION**

No. 04-08-00449-CR

**IN RE** Stanley **HALL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Justice
                 Sandee Bryan Marion, Justice
                 Steven C. Hilbig, Justice

Delivered and Filed:   July 23, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On June 20, 2008, relator Stanley Hall, acting pro se, filed two mandamus petitions in this court. The issues presented in these petitions involve relator's pending criminal cases wherein relator is represented by trial counsel. We are of the opinion relator's trial counsel is also relator's counsel for an original proceeding on the issues presented. Relator has no right to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se petitions will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petitions are denied.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause Nos. 2000-CR-1626A and 2000-CR-1627A, styled *State of Texas v. Stanley Hall*, pending in the 399th Judicial District Court, Bexar County, the Honorable Juanita A. Vasquez-Gardner presiding.